Submitted May 2, reversed June 11, 2014

In the Matter of S. L.,
Alleged to be a Mentally Ill Person.
## STATE OF OREGON,
*Respondent,*

*v.*

## S. L.,
*Appellant.*

Deschutes County Circuit Court
13MH0027; A155081

328 P3d 822

Garrett A. Richardson and Multnomah Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Anna M. Joyce, Solicitor General, and Peenesh H. Shah, Assistant Attorney General, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Nakamoto, Judge, and Egan, Judge.

PER CURIAM

**PER CURIAM**

Appellant seeks reversal of a judgment committing her for a period not to exceed 180 days. ORS 426.130. She contends that the state failed to prove, by clear and convincing evidence, that, because of a mental disorder, she is a danger to herself or unable to provide for her basic needs. ORS 426.005(1)(e). The state concedes that the evidence is legally insufficient to support the involuntary commitment and that the judgment should be reversed. We agree, accept the state's concession, and reverse.

Reversed.